Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1538

AIRGO IP, LLC
and AIRGO SYSTEMS, LLC,

Plaintiffs-Appellants,

v.

ARVINMERITOR, INC.,
PRESSURE SYSTEMS INTERNATIONAL, INC.,
and EQUALAIRE SYSTEMS, INC.,

Defendants-Appellees.


Donald R. Dunner, Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., of Washington, DC, argued for plaintiffs-appellants.  With him on the brief were Don O. Burley, and Denise W. DeFranco, of Cambridge, Massachuetts.  Of counsel on the brief was Daniel P. Dooley, Fellers, Snider, Blankenship, Bailey & Tippens, P.C., of Oklahoma City, Oklahoma.

Seth P. Waxman, Wilmer Cutler Pickering Hale and Dorr LLP, of Washington, DC, argued for defendants-appellees.  With him on the brief were Edward C. DuMont, Eric R. Columbus, and  Dutch D. Chung, of Washington, DC, and Noah A. Levine, of New York, New York.

Appealed from:  United States District Court for the Western District of Oklahoma

Judge David L. Russell

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1538

AIRGO IP, LLC
and AIRGO SYSTEMS, LLC,

Plaintiffs-Appellants,

v.

ARVINMERITOR, INC.,
PRESSURE SYSTEMS INTERNATIONAL, INC.,
and EQUALAIRE SYSTEMS, INC.,

Defendants-Appellees.

# Judgment

ON APPEAL from the    United States District Court for the Western District of Oklahoma

in CASE NO(S).    05-CV-1405

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, MAYER and SCHALL) Circuit Judges.

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED May 15, 2008    /s/ Jan Horbaly
Jan Horbaly, Clerk